### Anthony A. NELSON, Appellant,

v.

### Marty MONTGOMERY, Sheriff; H. Bryan, Detention Officer, Faulkner County Sheriff Department; M. Goss, Detention Officer, Faulkner County Sheriff Department, Appellees.

#### No. 01–2399.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 4, 2001.

Decided Dec. 7, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

1. The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas, adopting the report and recom-

[UNPUBLISHED]

PER CURIAM.

Anthony Nelson appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action alleging violations of his constitutional rights while he was a pretrial detainee. Upon de novo review, *see Larson v. City of Fergus Falls,* 229 F.3d 692, 696 (8th Cir. 2000), we affirm the result reached by the district court for the reasons given in its order. *See* 8th Cir. R. 47B.

mendation of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.